IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HARDEN MILLARD WALKER,

             Plaintiff

    VS.

LORETTA MITCHELL, *et al.*,

          Defendants

NO. 5: 06-CV-132 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## O R D E R

Upon consideration of plaintiff's **MOTION TO AMEND** (Tab #17), the same is DENIED. Plaintiff sets forth no allegations against those he seeks to add as defendants. He is required to state his claim(s) against each defendant, specifying each defendant's involvement in the incident at issue. This denial of plaintiff's motion is without prejudice to his right to re-submit said motion in accordance with the law and these instructions.

SO ORDERED AND DIRECTED, this 31st day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE