IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HARDEN MILLARD WALKER,

        Plaintiff

VS.

LORETTA MITCHELL, *et al.*,

        Defendants

NO. 5:06-CV-132 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

# O R D E R

On May 19, 2006, the undersigned issued a Recommendation that defendants JAMES DONALD and HILTON HALL be dismissed because the plaintiff sought to include them solely on respondeat superior grounds. Tab #12. The plaintiff has since supplemented his complaint a second time (Tab #16). In his newest amended complaint, the plaintiff adds another defendant, LT. EADDIE, and alleges different, specific grounds for inclusion of WARDEN HALL.

The plaintiff cites to S.O.P. 135-3-1-06, stating that "any item that...represents a hazard to the safety and security of the institution shall be placed under control and maintained under the strict supervision of institutional officials and/or employees." The plaintiff also alleges that he has seen the same type of mop handle that was used in his assault not secured in various dorms. Construing the plaintiff's pleadings liberally since he is proceeding *pro se*, the undersigned will interpret them to indicate that the plaintiff is not alleging that it was an isolated incident that a mop handle was left unsecured, but rather that he is alleging that it is prison policy for such implements to be left available to inmates. As a result of this interpretation, it may not be the sole responsibility of defendant MITCHELL on that occasion to ensure that the handle was secured, but it may be the responsibility of her supervisors, who include LT. EADDIE and WARDEN HILL, to ensure that such handles are kept secured.

In light of the foregoing, that portion of the undersigned's Recommendation (Tab #12) recommending dismissal of Warden HALL from this lawsuit is hereby VACATED. Only the recommendation to dismiss Commissioner JAMES DONALD shall remain.[1]

Accordingly, **IT IS ORDERED AND DIRECTED** that service be made as provided by law upon LT. EADDIE and WARDEN HILTON HALL, and that they file a **WAIVER OF REPLY**, an **ANSWER**, or such other response as may be appropriate under Rule 12 of the Federal Rules of Civil Procedure, 28 U.S.C. §1915, and the Prison Litigation Reform Act.

SO ORDERED AND DIRECTED, this 5th day of June, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has also requested that Commissioner DONALD be dismissed as a defendant herein. Tab #17.