IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HARDEN MILLARD WALKER,

                Plaintiff

VS.

HILTON HALL, *et al.*,

                Defendant

NO. 5: 06-CV-132 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

# O R D E R

Currently pending before the court are nine motions filed by the plaintiff in the above-styled case: three motions to compel (Tabs #25, #41, & #50); two motions to appoint counsel (Tabs #39 & #54); a motion for summary judgment (Tab #31); a motion to amend/correct the motion for summary judgment (Tab #37); and two motions to withdraw the motion for summary judgment (Tabs #42 & #55).

The plaintiff's first motion to compel (Tab #25), filed on June 21, 2006, asks the court to order the defendants to file a response to his complaint. On July 24, 2006, within the time permitted for responsive pleadings, the defendants filed an answer (Tab #26) to the plaintiff's complaint. Accordingly, the plaintiff's first motion to compel (Tab #25) is hereby DENIED as moot.

The plaintiff's pending motions to appoint counsel (Tabs #39 & #54) are his **fourth** and **fifth** such requests. For the reasons set forth in the court's order dated June 13, 2006 (Tab #13) denying the plaintiff's motion for reconsideration of the court's denial of his motion to appoint counsel, the plaintiff's current pending motions to appoint counsel (Tabs #39 & #54) are DENIED. Plaintiff is directed to cease filing motions for appointment of counsel; the court has repeatedly advised him that if and when such is required by law, the court will provide counsel for him.

The defendants have responded to the plaintiff's second pending motion to compel (Tab #41) which, along with the plaintiff's third pending motion to compel (Tab #50), asks the court's assistance in obtaining discovery from the defendants. After reviewing the defendants' response (Tab #48) and the exhibits attached thereto, the undersigned finds that the defendants properly responded to plaintiff Walker's interrogatories, requests for admission, and requests for documents. Accordingly, the plaintiff's second and third pending motions to compel (Tabs #41 & #50) are hereby DENIED.

Though plaintiff Walker has filed a motion for summary judgment and a motion to amend the same (Tabs #31 & #37), he has also filed a motion to withdraw his motion for summary judgment (Tab #42). His motions to withdraw his motion for summary judgment (Tabs #42 & #55) are hereby GRANTED and his motions for summary judgment and to amend that motion (Tabs #31 & #37) are accordingly DENIED (as withdrawn by plaintiff himself) *without prejudice* to his right to refile at the conclusion of discovery.

SO ORDERED, this 17th day of OCTOBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE