IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **HARDEN MILLARD WALKER,** | : | |
| Plaintiff, | : | Case No.: 5:06-cv-132 (CAR) |
| v. | : | |
| **HILTON HALL, et al.,** | : | |
| Defendants. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 74] that Defendants' Motion for Summary Judgment [Doc. 64] be granted. Plaintiff filed no objection to the Recommendation. Having considered the Recommendation, the Court agrees with the conclusions of the United States Magistrate Judge. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 29th day of August, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH